# Court of Appeals
# of the State of Georgia

ATLANTA, September 08, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0216. ASTON SMALLWOOD v. MALISHA BOGGESS.

Aston Smallwood filed this direct appeal from a superior court order requiring him to pay $580 per month in child support. We lack jurisdiction.

"Appeals from judgments or orders in divorce, alimony, and other domestic relations cases" must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (2), (b). Because this case involves the collection of child support, it is a domestic relations case within the meaning of OCGA § 5-6-35 (a) (2). See *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426, 427 (731 SE2d 110) (2012). Accordingly, Smallwood was required to comply with the discretionary appeal procedure to obtain review of the superior court's order. "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Smallwood's failure to comply with such procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED. See *Booker*, 317 Ga. App. at 427.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/08/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*